DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

JS-6

Attorneys for Defendant
NETFLIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| T. ALLEN CHEY,<br><br>            Plaintiff,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | Case No. 2:13-cv-04859-R-AJW<br><br>**JUDGMENT**<br><br>Date: November 4, 2013<br>Time: 10:00 a.m.<br>Ctrm: 8 - 2nd Floor<br>Judge: Honorable Manuel L. Real |

The present action filed by Plaintiff Timothy Chey against Defendant Netflix, Inc., having been dismissed with prejudice on November 15, 2013 for failure to state a claim upon which relief may be granted, judgment is hereby entered in favor of Defendant and against Plaintiff.  Defendant is the prevailing party and is entitled to recover all costs, fees, and other awards to the extent permitted by law.

IT IS SO ORDERED AND ADJUDGED.

Dated:  November 15, 2013

The Honorable Manuel L. Real
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that all counsel of record who has consented to electronic notification is being served on November 15, 2013 with a copy of [PROPOSED] JUDGMENT via the Court's CM/ECF system. Pursuant to Local Rule 5-3.1.2, I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants listed below:

    T Allen Chey
    1420 Victoria Street Suite 804
    Honolulu, HI 96822
    310-882-0076
    PRO SE

_/s/ Jennifer Posada_
JENNIFER POSADA